# EXHIBIT A

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Amarillo By Morning |
| Line 3 | Writer(s) | Terry Stafford; Paul Fraser |
| Line 4 | Publisher Plaintiff(s) | Cotillion Music, Inc.; Nancy Hall Stafford, an individual d/b/a Terry Stafford Music Co. |
| Line 5 | Date(s) of Registration | 8/2/73    4/16/82 |
| Line 6 | Registration No(s). | Eu 423973  PA 139-233 |
| Line 7 | Date(s) of Infringement | 08/30/2024 |
| Line 8 | Place of Infringement | Carney's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Before I Let Go |
| Line 3 | Writer(s) | Frankie Beverly |
| Line 4 | Publisher Plaintiff(s) | Frankie Beverly, an individual d/b/a Amazement Music |
| Line 5 | Date(s) of Registration | 6/19/81 |
| Line 6 | Registration No(s). | PA 106-672 |
| Line 7 | Date(s) of Infringement | 12/20/2023 |
| Line 8 | Place of Infringement | The Corner Bar & Rooftop Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84     1/13/83     9/14/56     11/30/55 |
| Line 6 | Registration No(s). | RE 196-295   RE 153-380   Ep 102326   EU 418371 |
| Line 7 | Date(s) of Infringement | 04/25/2024 |
| Line 8 | Place of Infringement | The Corner Bar & Rooftop Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Neon Moon |
| Line 3 | Writer(s) | Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Ronnie Gene Dunn, an individual d/b/a Showbilly Music |
| Line 5 | Date(s) of Registration | 9/16/91 |
| Line 6 | Registration No(s). | PA 536-368 |
| Line 7 | Date(s) of Infringement | 08/30/2024 |
| Line 8 | Place of Infringement | Carney's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | How I Got To Memphis a/k/a That's How I Got To Memphis |
| Line 3 | Writer(s) | Tom T. Hall |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 7/9/73 |
| Line 6 | Registration No(s). | Ep 317219 |
| Line 7 | Date(s) of Infringement | 08/30/2024 |
| Line 8 | Place of Infringement | Carney's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Red Rag Top |
| Line 3 | Writer(s) | Jason White |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 12/21/00 |
| Line 6 | Registration No(s). | PA 1-029-934 |
| Line 7 | Date(s) of Infringement | 08/30/2024 |
| Line 8 | Place of Infringement | Carney's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Bring Me To Life |
| Line 3 | Writer(s) | Amy Lee; Ben Moody; David Hodges |
| Line 4 | Publisher Plaintiff(s) | Amy Lee and Ben Moody, a partnership d/b/a Zombies Ate My Publishing; David Hodges, an individual d/b/a Forthefallen Publishing; Reservoir Media Management Inc. d/b/a Reservoir 416 a/k/a Reservoir One America |
| Line 5 | Date(s) of Registration | 5/7/03 |
| Line 6 | Registration No(s). | PA 1-152-549 |
| Line 7 | Date(s) of Infringement | 12/21/2023 |
| Line 8 | Place of Infringement | The Corner Bar & Rooftop Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Red Dirt Road |
| Line 3 | Writer(s) | Kix Brooks; Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Leon E. Brooks III a/k/a Kix Brooks and Barbara Dunlap Brooks, a partnership d/b/a Buffalo Prairie Songs; Ronnie Gene Dunn, an individual d/b/a Showbilly Music |
| Line 5 | Date(s) of Registration | 8/18/03 |
| Line 6 | Registration No(s). | PA 1-202-275 |
| Line 7 | Date(s) of Infringement | 08/30/2024 |
| Line 8 | Place of Infringement | Carney's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Sugar, We're Going Down a/k/a Sugar, We're Goin Down |
| Line 3 | Writer(s) | Patrick Stumph; Peter Wentz; Andrew Hurley; Joseph Trohman |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Fall Out Boy Inc. d/b/a Chicago X Softcore Songs |
| Line 5 | Date(s) of Registration | 8/11/05 |
| Line 6 | Registration No(s). | PA 1-293-246 |
| Line 7 | Date(s) of Infringement | 12/21/2023 |
| Line 8 | Place of Infringement | The Corner Bar & Rooftop Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Beverly Hills |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual d/b/a E. O. Smith Music |
| Line 5 | Date(s) of Registration | 4/21/05 |
| Line 6 | Registration No(s). | PAu 3-002-545 |
| Line 7 | Date(s) of Infringement | 04/26/2024 |
| Line 8 | Place of Infringement | The Corner Bar & Rooftop Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Barlight |
| Line 3 | Writer(s) | Charlie Robison |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 12/14/98 |
| Line 6 | Registration No(s). | PA 927-427 |
| Line 7 | Date(s) of Infringement | 08/30/2024 |
| Line 8 | Place of Infringement | Carney's Pub & Grill |