UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC. HOUSE OF CASH, INC.; UNICHAPPELL MUSIC INC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER-TAMERLANE PUBLISHING CORP.; RESERVOIR MEDIA MANAGEMENT, INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA; FALL OUT BOY, INC. d/b/a CHICAGO X SOFTCORE SONGS; SONY/ATV SONGS LLC; ZOMBIES ATE MY PUBLISHING; AMAZEMENT MUSIC; FORTHEFALLEN PUBLISHING; E.O. SMITH MUSIC; TERRY STAFFORD MUSIC CO.; SHOWBILLY MUSIC; BUFFALO PRAIRIE SONGS, <br><br>           Plaintiffs, <br><br>      v. <br><br> CORNER BAR, LLC d/b/a THE CORNER BAR AND ROOFTOP GRILL, CHURCH STREET SMOKEHOUSE LLC d/b/a CARNEY'S PUB & GRILL, BARRY IVINS AND JAMES NOWAK, <br><br>           Defendants. | **CIVIL ACTION NO. _____** |

## **DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Broadcast Music, Inc. provides that the following entities have a financial interest in the outcome of this litigation:

- 1 -

| Plaintiff | Parent Corporation or any publicly held corporation owning 10% or more of its stock |
|---|---|
| Broadcast Musc, Inc. ("BMI") | BMI certifies that its parent company, Otis Parent, Inc., holds 100% of BMI's stock. Otis Parent, Inc. is not a publicly held company. |
| Cotillion Music, Inc. | Warner Music Group Corp. |
| Fall Out Boy Inc. d/b/a Chicago X Softcore Songs | N/A |
| House of Cash, Inc. | N/A |
| Reservoir Media Management, Inc. d/b/a Reservoir 416 a/k/a Reservoir One America | N/A (private company) |
| Sony/ATV Songs LLC | Sony Music Entertainment, Inc. |
| Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music | Sony Music Entertainment, Inc. |
| Sony/ATV Songs LLC d/b/a Sony ATV Tree Publishing | Sony Music Entertainment, Inc. |
| Unichappell Music Inc. | Warner Music Group Corp. |
| Warner-Tamerlane Publishing Corp. | Warner Music Group Corp. |

Dated: October 9, 2024                    Respectfully submitted,

                                          **NORTON ROSE FULBRIGHT US LLP**

                                          By: /s/ *Robert Greeson*
                                                  Robert Greeson, Attorney-in-charge
                                          Texas Bar No. 24045979
                                          Email: robert.greeson@nortonrosefulbright.com
                                          Phone: (214) 855-7430
                                          Fax: (214) 855-8200
                                          Ryan Short
                                          Texas Bar No. 24138416
                                          Email: ryan.short@nortonrosefulbright.com
                                          Phone: (214) 855-8283
                                          Fax: (214) 855-8200
                                          2200 Ross Avenue
                                          Suite 3600
                                          Dallas, TX 75201-7932

                                          *Attorneys for Plaintiffs*